# EXHIBIT A

Hearing Date: 12/8/2025 9:30 AM
Location: Court Room 2402
Judge: Price Walker, Allen

Case: 1:25-cv-13883 Document #: 1-1 Filed: 11/12/25 Page 2 of 11 PageID #:10

FILED
10/9/2025 8:28 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025CH10354
Calendar, 3
34815439

FILED DATE: 10/9/2025 8:28 AM 2025CH10354

# SUMMONS
IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** Cook
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** CULLOTTA LAW OFFICES, P.C.
*Who started the case.*    *First, Middle, and Last Name, or Business Name*

**2025CH10354**

**DEFENDANTS/RESPONDENTS:** ✗ Google LLC c/o ILCorp Service Co
*Who the case was filed against.*    801 ADLAI STEVENSON DR
SPRINGFIELD, IL 62703-4261
*First, Middle, and Last Name, or Business Name*

**Case Number**

## The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/how-to-summons.

Check 1 if this is a 30-day summons or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.

- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.
**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

### ☑ 1. 30-DAY SUMMONS
To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: Richard J Daley Center Chancery Division 50 W Washington St Rm802, Chicago IL 60602
*Courthouse Street Address*

**- or -**

### ☐ 2. DATE CERTAIN SUMMONS
Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/clerks.

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____
*Month, Day, Year*    *Time*    *Courtroom Number*

*This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*
ATJ 1503.8    Page 1 of 6    (08/25)

2025CH10354

Case Number _____

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: _____
                       *Courtroom Address*            *Courtroom Number*

☐ **Remotely** (video or telephone)

    **By video conference** at: _____
                       *Video Conference Website*

    Log-in information: _____
                 *Video Conference Log-in Information, Meeting ID, Password, etc.*

    **By telephone** at: _____
                  *Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

Phone: _____ or Website: _____
    *Circuit Clerk's Phone Number*          *Website URL*

### 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ In Excess of $50,000.
    *(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.
    ☐ Yes   ☑ No

### 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

    ☑ I am having 1 Defendant/Respondent served and their information is on this form below.

    ☐ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: _____.
                                              *Number*

b. First Defendant/Respondent's **primary address/information** for service:

Name: Google LLC _____
    *First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

Illinois Corporation Service Company _____
    *First, Middle, and Last Name*

Street Address: 801 Adlai Stevenson Drive _____
    *Street, Apt #*

City, State, ZIP: Springfield    Illinois    62703-4261
    *City*          *State*        *Zip*

Telephone: _____ Email: _____

FILED DATE: 10/9/2025 8:28 AM 2025CH10354

2025CH10354

Case Number _____

FILED DATE: 10/9/2025 8:28 AM   2025CH10354

c. **Second address** for this Defendant/Respondent:
☑ I do **not** have another address where the Defendant/Respondent might be found.
☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: _____
*Street, Apt #*

City, State, ZIP: _____
*City*     *State*     *Zip*

Telephone: _____ Email: _____

d. Person who will serve your documents on this Defendant/Respondent:
☑ Sheriff in Illinois   ☐ Special process server   ☐ Licensed private detective
☐ Sheriff outside Illinois: _____
*County & State*

**PLAINTIFF/PETITIONER INFORMATION:**
*Enter your information below.*
Name CULLOTTA LAW OFFICES, P.C.
*First, Middle and Last Name*
Registered Agent's name, if any Josephine Cullotta, Esq. as Plaintiff and Plaintiff's Attorney and RA
*First, Middle and Last Name*
Street Address 2624 Patriot Blvd
*Street, Apt #*
City, State, ZIP: Glenview     IL     60026
*City*     *State*     *Zip*
Telephone: 847-651-7191     Email: CULLOTTJ1@icloud.com
Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

**STOP** The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: _____
    10/9/2025 8:28 AM Mariyana T. Spyropoulos
Clerk of the Court: _____

*Seal of Court*

**To be filled in by an officer or process server:**
Date of Service: 10/16/25
*Fill in the date above and give this copy of the Summons to the person served.*

**Note to officer or process server:**
o If **1** is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
o If **2** is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
   ▪ If **2** is checked **and 3b** is checked yes, the *Summons* must be served at least 3 days before the court date.
o Fill in the date above and give this copy of the *Summons* to the person served.
o You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

2025CH10354

*Case Number* _____



# WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.



Learn more about each step in the process and how to file in the instructions: ilcourts.info/how-to-summons.



## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons):**
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efile. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons*.
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

Hearing Date: 12/8/2025 9:30 AM
Location: Court Room 2402
Judge: Price Walker, Allen

Case: 1:25-cv-13883 Document #: 1-1 Filed: 11/12/25 Page 6 of 11 PageID #:14

12-Person Jury

10/9/2025 8:28 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025CH10354
Calendar, 3
34815439

FILED DATE: 10/9/2025 8:28 AM   2025CH10354

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - CHANCERY DIVISION

CULLOTTA LAW OFFICES, PC, an Illinois Corporation, )
)
Plaintiff, )
) 2025CH10354
v. ) No. _____
)
GOOGLE LLC, a Delaware Limited Liability Company, )
and UNKNOWN DEFENDANTS, )
)
Defendants. )

### VERIFIED COMPLAINT

NOW COMES Plaintiff, Cullotta Law Offices, P.C., *f/k/a* Josephine Cullotta d/b/a Cullotta Law Offices, P.C. and *assumed name* Accident Injury Law Firm, by and through its undersigned Illinois personal injury attorney, Josephine Cullotta, and for below Causes of Action against Defendants, states as follows:

### Parties and Jurisdiction

1. Plaintiff, Cullotta Law Offices, P.C, is an Illinois Professional Corporation and S-corp with its principal place of business located at 2624 Patriot Blvd., Glenview, Illinois 60026.

2. Defendant Google LLC is a Delaware limited liability company doing business in Illinois and operating the Local Service Ads that requires Google Ads account with same customer ID automatically created by LSA and is linked to Google Payments & Subscriptions Google Business Profile and Google Maps with at least 5 reviews linked to LSA account (hereinafter referred to as "LSA")

3. Upon information and belief, Google Ads, or alternatively unauthorized third parties, whether hackers, competitors, or agents acting with or without Google's knowledge, have accessed and altered Plaintiff's LSA accounts causing it to no longer able to run ads.

4. This Court has authority pursuant to 735 ILCS 5/2-209 as the amount in controversy exceeds $50,000 and the acts complained of occurred within County of Cook, State of Illinois.

5. Venue is proper in this Court pursuant to 735 ILCS 5/2-101 as the transactions and occurrences giving rise to this action occurred within Cook County.

### General Allegations

6. Plaintiff operates a personal injury law firm serving clients in Cook County and surrounding areas.

1

7. During 2022 and PART OF 2023, Plaintiff successfully operated Google Local Service Ads for the firm, generating approximately sixty (60) relevant client calls per month.

8. Plaintiff's Google advertising was essential to the firm's operations, as personal injury law firms rely substantially on advertising to connect with injured clients who need legal representation.

9. Beginning in early 2024, Plaintiff's advertising accounts began experiencing problems. Call quality deteriorated to primarily spam and junk calls.

10. In June 2024, Plaintiff received one legitimate call. Since August 2024, Plaintiff's business telephone has received zero calls and shows to still be managing 12 different accounts with access 0 SA profiles and only 1 google account, accidentattorneyforyou@gmail.com

### Specific Acts of Interference

11. When Plaintiff attempts to create new Google advertising campaigns, such campaigns are deleted within twenty-four (24) hours of creation.

12. On multiple occasions in January 2025, April or May 2025, June or July 2025, and August 2025, Plaintiff successfully created advertising campaigns that were operational for only a few hours before being deleted without Plaintiff's authorization.

13. Plaintiff has been prevented from creating new Google Ads accounts, receiving system messages stating "A new Google Ads account can't be created.

14. Plaintiff's Google Accounts, Google Ads and Google Local Service Ads, were suspended or deleted without cause. In Google's records, one such suspension reflected a cancellation date of "1946," an obviously erroneous entry demonstrating arbitrary or defective recordkeeping.

15. Plaintiff's business information has been altered without authorization, including but not limited to:
    a. Removal of business address, preventing Local Service Ads from functioning;
    b. Conversion to "brand account" status by removing her address, preventing advertising to local clients;
    c. Alteration of business name, address, services, and category designation;
    d. Refusing to accept edit, hence, listing no addresses, incorrect categorizations, wrong firm name, wrong phone or complete deletion of profile without warning or justification

16. Due to the repeated interference, Plaintiff has been forced to create multiple domains, Google accounts, professional, workspace, and Gmail and email addresses in attempts to maintain business operations.

17. Each attempt by Plaintiff to establish functioning advertising is detected and disabled within hours or days, or barred by refusal to created google ads or billing profile or removal

2

or email address from accounts, preventing the accounts from operating despite otherwise being verified.

18. On September 11, 2025, Plaintiff submitted an appeal to Google regarding account suspensions, documenting the ongoing interference with business operations.

19. Most recently, on or about September 18, 2025, Plaintiff's business name and category and removed her address without authorization from "Cullotta Law Offices, PC" to "Accident Injury Law Firm" and Plaintiff was locked out of both google accounts.

## COUNT I - TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS

20. Plaintiff realleges and incorporates paragraphs 1 through 19 as though fully set forth herein.

21. Plaintiff had valid business relationships and expectancies with prospective clients seeking personal injury legal services.

22. Defendants had knowledge of these relationships and expectancies.

23. Defendants intentionally and unjustifiably interfered with these relationships by preventing Plaintiff's advertising from reaching prospective clients.

24. As a direct and proximate result of Defendants' conduct, Plaintiff has suffered damages including lost clients, lost revenue, and damage to business reputation.

## COUNT II – INJUNCTIVE RELIEF

25. Plaintiff has no adequate remedy at law because:
   a. The ongoing nature of the interference requires immediate injunctive relief;
   b. Damages are difficult to calculate as each day without advertising means lost clients who cannot be identified;
   c. The destruction of Plaintiff's digital presence causes ongoing reputational harm;
   d. Without relief, Plaintiff's law practice will cease to exist.

**WHEREFORE,** Plaintiff respectfully requests this Court enter judgment in favor of Plaintiff and against Defendants as follows:

**A.** Immediately enjoin Defendants from any further suspension, access to or interference with any accounts associated with Plaintiff, Cullotta Law Offices, P.C. or her registered assumed name, Accident Injury Law Firm" past /future accounts;

**B.** Plaintiff respectfully requests this Court enter an order directing Defendants, Google LLC, to:

3

1. **Identify all accounts and individuals who have accessed Plaintiff's every accounts** since July 1, 2024.

2. **Cancel, deactivate and delete** the current 12-accounts Josephine Cullotta is alleged to still manage as of 10/6/2025

3. **Immediately Restore Plaintiff's advertising capabilities** after she obtains five new reviews, applying only standard restrictions, and ensuring that **only her new Gmail account (cullottainjurylaw@gmail.com) is the legitimate business Google account moving forward,** with **no** linking to old Analytics, Accounts, Tags, Maps, Search, Search council, Business Youtube, listings or reviews.

4. **Identify** and **Acknowledge that all Brand Accounts, MCC Accounts, Workstation, Google Ads, and improper Map Google buildings pins/rejections was never proper or authorized** for these accounts, **AND cancel, unsuspend, deactivate, permanently remove all (to at least 12 different accounts) including associate links or redirects** associated with them.

5. **Secure** Plaintiff's future created account from further unauthorized **access**, and prevent any suspension, alteration, linking, or deletion **absent a Court order**, while allowing Plaintiff to operate Local Service Ads, the associated new Google Ads account, and the new Business Profile in the ordinary course of business.

**C. Award** compensatory damages in an amount in excess of the jurisdictional limits of in excess of $50,000;
**D. Award** punitive damages for willful and malicious conduct;
**E. Award** Plaintiff costs and reasonable attorneys' fees;
**F. Grant** such other and further relief as this Court deems just and equitable.

## JURY DEMAND

Plaintiff demands 12-person trial by jury on all issues so triable.

Respectfully submitted,
CULLOTTA LAW OFFICES, P.C.

Date: October 7, 2025    */s/ Josephine Cullotta, Esq., President*
Plaintiff and Attorney for Plaintiff

**Josephine Cullotta, Esq.**
Plaintiff and Attorney for Plaintiff
CULLOTTA LAW OFFICES, P.C.
2624 Patriot Blvd., Glenview, IL 60026
Tel:(847) 651-7191 | Fax: 847-272-7705
Email: CULLOTTJ1@icloud.com
Attorney# 43173

4

**VERIFICATION**

I Josephine Cullotta, Esq., an Plaintiff and Attorney for Plaintiff and president of Cullotta Law Offices, P.C. (and assumed name Accident Injury Law Firm), under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

                                                    Respectfully submitted,
                                                    CULLOTTA LAW OFFICES, P.C.
Date: October 7, 2025      */s/ Josephine Cullotta, Esq., President*
                                                    Plaintiff and Attorney for Plaintiff

**Josephine Cullotta, Esq.**
Plaintiff and Attorney for Plaintiff
CULLOTTA LAW OFFICES, P.C.
2624 Patriot Blvd., Glenview, IL 60026
Tel:(847) 651-7191 | Fax: 847-272-7705
Email: CULLOTTJ1@icloud.com
Attorney# 43173

FILED DATE: 10/9/2025 8:28 AM 2025CH10354

FILED DATE: 10/9/2025 8:28 AM   2025CH10354

## SERVICE LIST

Google LLC – Legal Department
1600 Amphitheatre Parkway
Mountain View, CA 94043
Email: legal-removals@google.com